

FILED

APR 0 4 2013

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO. |
| ) | |
| PAUL ROGER RHEAUME, JR., ) | **4: 13CR00124JAR** |
| NEIL J. VAUGHN, ) | |
| KRISTA ANN HOORMAN, ) | |
| JAMES S. WEIDENHAMER, ) | |
| GABRIELLE SUSAN NANOS, ) | |
| JEREMY SETH NEMEROV, ) | |
| MADELINE HANNAH McFARLAND, and ) | |
| KENNETH R. CARTER, ) | |
| ) | |
| Defendants. ) | |

## INDICTMENT

### COUNT I

The Grand Jury charges that:

Beginning on an unknown date in 2009 and continuing until the date of this Indictment, within the Eastern District of Missouri and elsewhere, the defendants,

**PAUL ROGER RHEAUME, JR.,
NEIL J. VAUGHN,
KRISTA ANN HOORMAN,
JAMES S. WEIDENHAMER,
MADELINE HANNAH McFARLAND, and
KENNETH R. CARTER,**

did knowingly and intentionally combine, conspire, confederate and agree, together with each other and with other persons both known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally manufacture a mixture or

substance containing methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

All in violation of Title 21, United States Code, Section 846; and

The quantity of mixture or substance containing methamphetamine involved in the offense was in excess of 50 grams, thereby making the offense punishable under Title 21, United States Code, Section 841(b)(1)(B)(viii).

## COUNT II

The Grand Jury further charges that:

Beginning on an unknown date in 2009 and continuing until the date of this Indictment, within the Eastern District of Missouri and elsewhere, the defendants,

**PAUL ROGER RHEAUME, JR.,**
**NEIL J. VAUGHN,**
**KRISTA ANN HOORMAN,**
**JAMES S. WEIDENHAMER,**
**GABRIELLE SUSAN NANOS,**
**JEREMY SETH NEMEROV,**
**MADELINE HANNAH McFARLAND, and**
**KENNETH R. CARTER,**

did knowingly and intentionally combine, conspire, confederate and agree, together with each other and with other persons both known and unknown to the Grand Jury, to commit the following offenses against the United States: to knowingly and intentionally possess pseudoephedrine, a List I chemical, with intent to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(1);

All in violation of Title 21, United States Code, Section 846, and punishable under Title 21, United States Code, Section 841(c).

## COUNT III

The Grand Jury further charges that:

Between May 2011 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**PAUL ROGER RHEAUME, JR.,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of, and punishable under, Title 21, United States Code, Section 841(c).

## COUNT IV

The Grand Jury further charges that:

Between July 2011 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**NEIL J. VAUGHN,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of, and punishable under, Title 21, United States Code, Section 841(c).

## COUNT V

The Grand Jury further charges that:

Between June 2012 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**KRISTA ANN HOORMAN,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of, and punishable under, Title 21, United States Code, Section 841(c).

## COUNT VI

The Grand Jury further charges that:

Between October 2011 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**JAMES S. WEIDENHAMER,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of and punishable under Title 21, United States Code, Section 841(c).

## COUNT VII

The Grand Jury further charges that:

Between March 2010 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**GABRIELLE SUSAN NANOS,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of, and punishable under, Title 21, United States Code, Section 841(c).

## COUNT VIII

The Grand Jury further charges that:

Between December 2009 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**JEREMY SETH NEMEROV,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of, and punishable under, Title 21, United States Code, Section 841(c).

## COUNT IX

The Grand Jury further charges that:

Between September 2011 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**MADELINE HANNAH McFARLAND,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of and punishable under Title 21, United States Code, Section 841(c).

## COUNT X

The Grand Jury further charges that:

Between July 2011 and January 2013, in St. Louis County, Missouri, and elsewhere within the Eastern District of Missouri, the defendant,

**KENNETH R. CARTER,**

did knowingly and intentionally possess pseudoephedrine, a List I chemical, knowing and having reasonable cause to believe it would be used to manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(c)(2);

All in violation of, and punishable under, Title 21, United States Code, Section 841(c).

## COUNT XI

The Grand Jury further charges that:

On or about September 22, 2010, in Jefferson County, Missouri, within the Eastern District of Missouri, the defendant,

**PAUL ROGER RHEAUME, JR.,**

did manage or control a place, to-wit: 3952 Buckeye Court, Imperial, Missouri, as an occupant, and did knowingly and intentionally profit from, and make available for use, that place for the purpose of unlawfully manufacturing, storing, distributing, and using any controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 856(a)(2), and punishable under Title 21, United States Code, Section 856(b).

## COUNT XII

The Grand Jury further charges that:

On or about August 9, 2012, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**JAMES S. WEIDENHAMER,**

did manage or control a place, to-wit: 7446 Lohmeyer, Maplewood, Missouri, as an occupant, and did knowingly and intentionally profit from, and make available for use, that place for the purpose of unlawfully manufacturing, storing, distributing, and using any controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 856(a)(2), and punishable under Title 21, United States Code, Section 856(b).

## COUNT XIII

The Grand Jury further charges that:

On or about August 2012, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendants,

**PAUL ROGER RHEAUME, JR.,
NEIL J. VAUGHN,
KRISTA ANN HOORMAN, and
JAMES S. WEIDENHAMER,**

did knowingly and intentionally combine, conspire, confederate, and agree with each other to commit the following offenses against the United States: to knowingly and intentionally manufacture a mixture or substance containing methamphetamine, a Schedule II controlled substance, within one thousand (1,000) feet of the real property of a public secondary school;

In violation of, and punishable under, Title 21, United States Code, Sections 860(a) and (d).

## COUNT XIV

The Grand Jury further charges that:

7

On or about November 23, 2012, in Jefferson County, Missouri, within the Eastern District of Missouri, the defendant,

**PAUL ROGER RHEAUME, JR.,**

did manage or control a place, to-wit: 3398 High Ridge Boulevard, Apartment 16, High Ridge, Missouri, as an occupant, and did knowingly and intentionally profit from, and make available for use, that place for the purpose of unlawfully manufacturing, storing, distributing, and using any controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 856(a)(2), and punishable under Title 21, United States Code, Section 856(b).

## COUNT XV

The Grand Jury further charges that:

On or about October 22, 2012, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**NEIL J. VAUGHN,**

did manage or control a place, to-wit: 9098 W. Swan Circle, Brentwood, Missouri, as an occupant, and did knowingly and intentionally profit from, and make available for use, that place for the purpose of unlawfully manufacturing, storing, distributing, and using any controlled substance, to-wit: methamphetamine.

In violation of Title 21, United States Code, Section 856 (a)(2), and punishable under Title 21, United States Code, Section 856(b).

## COUNT XVI

The Grand Jury further charges that:

On or about October 22, 2012, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**NEIL J. VAUGHN,**

while manufacturing a controlled substance, in violation of Title 21, United States Code, Section 801, et seq., and attempting to do so, created a substantial risk of harm to human life;

In violation of, and punishable under, Title 21, United States Code, Section 858.

### COUNT XVII

On or about October 22, 2012, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**NEIL J. VAUGHN,**

did knowingly and intentionally manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), on premises in which D.S., M.C., and A.D., all individuals under the age of eighteen years, were present.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860a, and punishable under Title 21, United States Code, Section 860a.

### COUNT XVIII

On or about September 8, 2012, in St. Louis County, Missouri, within the Eastern District of Missouri, the defendant,

**KENNETH R. CARTER,**

did knowingly and intentionally manufacture methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), on premises in which P.B. and L.B., both individuals under the age of eighteen years, were present.

All in violation of Title 21, United States Code, Sections 841(a)(1) and 860a, and punishable under Title 21, United States Code, Section 860a.

A TRUE BILL.

_____
FOREPERSON

RICHARD G. CALLAHAN
United States Attorney

_____
SIRENA M. WISSLER, #55374MO
Assistant United States Attorney
111 South 10th Street, Rm. 20.333
St. Louis, Missouri 63102
(314) 539-2200